Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−15748−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Trisha Leandra Johnson
aka Trisha Leandra Connor
1814 W. 7th Street
Piscataway, NJ 08854

Social Security No.:
xxx−xx−0965

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 4, 2024.

Dated: December 4, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-15748-CMG

Trisha Leandra Johnson                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                 Page 1 of 3

Date Rcvd: Dec 04, 2024                       Form ID: plncf13                            Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trisha Leandra Johnson, 1814 W. 7th Street, Piscataway, NJ 08854-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Dec 04 2024 20:53:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291118 | + | Email/Text: bankruptcycare@affinityfcu.com | Dec 04 2024 20:53:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520302410 | + | Email/Text: rmcdowell@slgcollect.com | Dec 04 2024 20:53:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291119 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 04 2024 21:09:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520300264 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:57:27 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291120 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2024 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520357395 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2024 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520291121 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 04 2024 20:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520291122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2024 20:58:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520306264 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2024 20:59:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291123 | + | Email/Text: bankruptcy@cavps.com | Dec 04 2024 20:54:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520294096 | + | Email/Text: bankruptcy@cavps.com | Dec 04 2024 20:54:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

District/off: 0312-3                                         User: admin                                              Page 2 of 3

Date Rcvd: Dec 04, 2024                                     Form ID: plncf13                                         Total Noticed: 39

| | | | |
|---|---|---|---|
| 520291124 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2024 20:54:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520347128 | Email/Text: peritus@ebn.phinsolutions.com | Dec 04 2024 20:54:00 | Flowering Peach BK, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520291125 | ^ MEBN | Dec 04 2024 20:45:57 | Hayt, Hayt & Landau, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520291126 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2024 20:53:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520360079 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 21:09:27 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291127 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:58:45 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520291128 | Email/Text: camanagement@mtb.com | Dec 04 2024 20:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520353224 | Email/Text: camanagement@mtb.com | Dec 04 2024 20:53:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520359072 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2024 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520291129 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2024 20:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520291131 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2024 20:54:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520291130 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2024 20:54:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 520306424 | Email/Text: inveniobkt@phillips-cohen.com | Dec 04 2024 20:53:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 520330873 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2024 20:59:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520291132 | Email/Text: signed.order@pfwattorneys.com | Dec 04 2024 20:52:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520291133 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 04 2024 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO 245, Trenton, NJ 08695-0245 |
| 520291134 | ^ MEBN | Dec 04 2024 20:44:08 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520360431 | + Email/PDF: ebn_ais@aisinfo.com | Dec 04 2024 20:58:14 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291135 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2024 20:58:41 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520295890 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 04 2024 20:58:09 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520381148 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 04 2024 20:58:09 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520315565 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2024 20:54:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520297550 | ^ MEBN | Dec 04 2024 20:45:12 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Dec 04, 2024 | Form ID: plncf13 | Total Noticed: 39

520291136          +  Email/Text: LCI@upstart.com

Dec 04 2024 20:52:00      Upstart/wsfs, P.o. Box 1503, San Carlos, CA 94070-7503

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Trisha Leandra Johnson cullari@comcast.net |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6