| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-15748 / CMG**

Trisha Leandra Johnson

Petition Filed Date: 06/06/2024
341 Hearing Date: 07/11/2024
Confirmation Date: 11/20/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/12/2024 | $480.00 | | 07/26/2024 | $480.00 | | 08/09/2024 | $480.00 | |
| 08/22/2024 | $480.00 | | 09/06/2024 | $480.00 | | 09/19/2024 | $480.00 | |
| 10/03/2024 | $480.00 | | 10/18/2024 | $480.00 | | 11/01/2024 | $480.00 | |
| 12/02/2024 | $480.00 | | 12/04/2024 | $480.00 | | 12/12/2024 | $480.00 | |
| 12/27/2024 | $480.00 | | | | | | | |

**Total Receipts for the Period:  $6,240.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Trisha Leandra Johnson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Francis P. Cullari, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,900.00 | $3,900.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANK, NA | Unsecured Creditors | $4,694.69 | $0.00 | $4,694.69 |
| 2 | U.S. DEPARTMENT OF HUD<br>»» P/1814 W 7TH ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | UPSTART NETWORK, INC | Unsecured Creditors | $10,429.49 | $0.00 | $10,429.49 |
| 4 | AFFIRM | Unsecured Creditors | $1,256.24 | $0.00 | $1,256.24 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2023 | Priority Creditors | $292.60 | $0.00 | $292.60 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2019 | Unsecured Creditors | $9,481.91 | $0.00 | $9,481.91 |
| 7 | AFFINITY FEDERAL CREDIT UNION<br>»» 2016 CHEVROLET EQUINOX | Debt Secured by Vehicle | $325.00 | $0.00 | $325.00 |
| 8 | AFFINITY FEDERAL CREDIT UNION | Unsecured Creditors | $3,530.09 | $0.00 | $3,530.09 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $945.64 | $0.00 | $945.64 |
| 10 | PCA ACQUISITIONS V, LLC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $1,357.34 | $0.00 | $1,357.34 |
| 11 | State of New Jersey<br>»» UNEMPLOYMENT CLAIM BENEFITS & FINES/INTEREST | Unsecured Creditors | $1,292.00 | $0.00 | $1,292.00 |
| 12 | US DEPT OF EDUCATION c/o NELNET<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-15748 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,993.01 | $0.00 | $1,993.01 |
| 14 | NJ DIVISION OF TAXATION<br>»» 2022 | Priority Creditors | $705.05 | $0.00 | $705.05 |
| 15 | NJ DIVISION OF TAXATION<br>»» 2019 | Unsecured Creditors | $1,181.38 | $0.00 | $1,181.38 |
| 16 | FLOWERING PEACH BK, LLC<br>»» PENDRICK/NES NEW JERSEY INC | Unsecured Creditors | $1,166.00 | $0.00 | $1,166.00 |
| 17 | M&T BANK<br>»» P/1814 W 7TH ST/1ST MTG/ORDER 8/9/24 | Mortgage Arrears | $2,886.10 | $19.97 | $2,866.13 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PRICELINE | Unsecured Creditors | $2,715.73 | $0.00 | $2,715.73 |
| 19 | BANK OF AMERICA | Unsecured Creditors | $2,803.95 | $0.00 | $2,803.95 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/THE CHILDREN'S PLACE | Unsecured Creditors | $951.02 | $0.00 | $951.02 |
| 21 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BURLINGTON | Unsecured Creditors | $1,011.57 | $0.00 | $1,011.57 |
| 22 | LVNV FUNDING LLC<br>»» JUDGMENT #DJ-057178-24 | Secured Creditors | $5,201.27 | $35.98 | $5,165.29 |
| 23 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» TJX REWARDS CC | Unsecured Creditors | $1,033.03 | $0.00 | $1,033.03 |
| 24 | M&T BANK<br>»» 1814 W 7TH ST/ATTY FEES 10/25/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,720.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,504.95 | Current Monthly Payment: | $1,428.00 |
| Paid to Trustee: | $456.00 | Arrearages: | $456.00 |
| Funds on Hand: | $1,759.05 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

