Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−15748−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trisha Leandra Johnson
   aka Trisha Leandra Connor
   1814 W. 7th Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0965

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 4, 2024.

On June 2, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           July 2, 2025
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 2, 2025
JAN: pbf

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-15748-CMG
Trisha Leandra Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 02, 2025      Form ID: 185      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trisha Leandra Johnson, 1814 W. 7th Street, Piscataway, NJ 08854-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jun 02 2025 21:01:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291118 | + | Email/Text: bankruptcycare@affinityfcu.com | Jun 02 2025 21:01:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520302410 | + | Email/Text: rmcdowell@slgcollect.com | Jun 02 2025 21:01:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291119 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 02 2025 21:13:23 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520300264 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2025 21:24:50 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291120 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 02 2025 21:00:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520357395 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 02 2025 21:00:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520291121 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 02 2025 21:01:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520291122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2025 21:13:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520306264 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2025 21:46:51 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291123 | + | Email/Text: bankruptcy@cavps.com | Jun 02 2025 21:02:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520294096 | + | Email/Text: bankruptcy@cavps.com | Jun 02 2025 21:02:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

Case 24-15748-CMG    Doc 50    Filed 06/04/25    Entered 06/05/25 00:18:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 02, 2025 | Form ID: 185 | Total Noticed: 41 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520291124 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2025 21:02:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520347128 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 02 2025 21:02:00 | Flowering Peach BK, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520291125 | ^ | MEBN | Jun 02 2025 20:59:32 | Hayt, Hayt & Landau, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520291126 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2025 21:01:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520360079 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2025 21:12:45 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2025 21:13:22 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520291128 | | Email/Text: camanagement@mtb.com | Jun 02 2025 21:01:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520353224 | | Email/Text: camanagement@mtb.com | Jun 02 2025 21:01:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520359072 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2025 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520291129 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2025 21:02:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520291131 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2025 21:02:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520291130 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2025 21:02:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 520306424 | | Email/Text: inveniobkt@phillips-cohen.com | Jun 02 2025 21:01:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 520330873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2025 21:25:24 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520291132 | | Email/Text: signed.order@pfwattorneys.com | Jun 02 2025 21:00:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520575837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2025 21:14:14 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520575836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2025 21:14:07 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520291133 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 02 2025 21:00:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO 245, Trenton, NJ 08695-0245 |
| 520291134 | ^ | MEBN | Jun 02 2025 20:56:59 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520360431 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2025 21:25:39 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2025 21:46:56 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520295890 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 02 2025 21:13:50 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520381148 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 02 2025 21:13:50 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 02, 2025 | Form ID: 185 | Total Noticed: 41

| | | | | |
|---|---|---|---|---|
| | | | | York, NY 10278 |
| 520315565 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2025 21:02:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520297550 | ^ | MEBN | Jun 02 2025 20:58:27 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520291136 | + | Email/Text: LCI@upstart.com | Jun 02 2025 21:01:00 | Upstart/wsfs, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Francis P. Cullari
on behalf of Debtor Trisha Leandra Johnson cullari@comcast.net

Rebecca K. McDowell
on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

Robert L. Saldutti
on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6