Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−15748−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Trisha Leandra Johnson
 aka Trisha Leandra Connor
 1814 W. 7th Street
 Piscataway, NJ 08854

Social Security No.:
 xxx−xx−0965

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 7, 2025.

Dated: July 7, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-15748-CMG

Trisha Leandra Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Jul 07, 2025     Form ID: plncf13     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trisha Leandra Johnson, 1814 W. 7th Street, Piscataway, NJ 08854-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2025 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2025 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2025 21:46:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291118 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 07 2025 21:46:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520302410 | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2025 21:46:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291119 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 07 2025 21:51:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520300264 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:51:45 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291120 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 07 2025 21:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520357395 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 07 2025 21:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520291121 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2025 21:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520291122 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2025 21:51:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520306264 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 07 2025 21:52:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291123 | + | Email/Text: bankruptcy@cavps.com | Jul 07 2025 21:47:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520294096 | + | Email/Text: bankruptcy@cavps.com | Jul 07 2025 21:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

Case 24-15748-CMG    Doc 55    Filed 07/09/25    Entered 07/10/25 00:14:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520291124 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 07 2025 21:47:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520347128 | | Email/Text: peritus@ebn.phinsolutions.com | Jul 07 2025 21:47:00 | Flowering Peach BK, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520291125 | ^ | MEBN | Jul 07 2025 21:39:26 | Hayt, Hayt & Landau, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520291126 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2025 21:46:01 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520360079 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:51:22 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:51:22 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520291128 | | Email/Text: camanagement@mtb.com | Jul 07 2025 21:46:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520353224 | | Email/Text: camanagement@mtb.com | Jul 07 2025 21:46:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520359072 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 21:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520291129 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 21:46:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520291131 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 07 2025 21:47:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520291130 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 07 2025 21:47:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 520306424 | | Email/Text: inveniobkt@phillips-cohen.com | Jul 07 2025 21:46:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 520330873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2025 22:13:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520291132 | | Email/Text: signed.order@pfwattorneys.com | Jul 07 2025 21:45:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520575837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 21:51:06 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520575836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 22:02:36 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520291133 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 07 2025 21:45:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO 245, Trenton, NJ 08695-0245 |
| 520291134 | ^ | MEBN | Jul 07 2025 21:38:13 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520360431 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 07 2025 21:51:44 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291135 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2025 21:51:37 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520295890 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 07 2025 21:51:41 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520381148 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 07 2025 21:51:41 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New |

| | | | | |
|---|---|---|---|---|
| | | | | York, NY 10278 |
| 520315565 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 07 2025 21:47:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520297550 | ^ | MEBN | Jul 07 2025 21:37:45 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520291136 | + | Email/Text: LCI@upstart.com | Jul 07 2025 21:46:00 | Upstart/wsfs, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Trisha Leandra Johnson cullari@comcast.net |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6