| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>rmcdowell@slgcollect.com<br>Counsel for Affinity Federal Credit Union |

| | |
|---|---|
| In Re: | Case No.:  24-15748-CMG |
| Trisha Leandra Johnson, | Chapter:  13 |
| Debtor. | Hrg Date:  November 5, 2025 at 9:00AM |
| | Judge:  Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, **Rebecca K. McDowell, Esq.**:

    X represent **Affinity Federal Credit Union** in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On **November 6, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **Order Terminating Stay**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  **November 6, 2025**          /s/ Rebecca K. McDowell
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Francis P. Cullari<br>Law Office of Francis P. Cullari<br>1200 Mill Road<br>Suite A<br>Northfield, NJ 08225 | Counsel for the Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |
| Trisha Leandra Johnson<br>1814 W. 7th Street<br>Piscataway, NJ 08854 | Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |
| Jacquelyn P. Connor<br>PO Box 10495<br>St. Thomas, VI 00801-3495 | Non-Filing Co-Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |