| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>rmcdowell@slgcollect.com<br>Counsel for Affinity Federal Credit Union | Order Filed on November 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>Trisha Leandra Johnson,<br><br>                 Debtor. | Case No.:  24-15748-CMG<br><br>Chapter:  13<br><br>Hrg Date:  November 5, 2025 at 9:00AM<br><br>Judge:  Christine M. Gravelle |

**Recommended Local Form**   ☐ Followed    X Modified

## ORDER TERMINATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2025**

*Honorable Christine M. Gravelle, Chief Judge*
*United States Bankruptcy Judge*

Upon the motion of Affinity Federal Credit Union, under Bankruptcy Code sections 362(d) and 1301(c) for relief from the automatic stay and the co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay and the co-debtor stay are terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following, or to exercise the movants rights to the following if state court proceedings are concluded or are not required under state law to exercise such rights:

**Personal property more fully described as: 2016 Chevrolet Equinox**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject loan documents and pursue its state law remedies including, but not limited to, its right of setoff, repossession and/or suit for replevin, and sale thereafter. Additionally, any purchaser of the property at sheriff's sale, private sale, or auction, or purchaser's assignee, may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the Debtor, the co-debtor, and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

It is further ORDERED that the movant shall serve this order on the debtor, the co-debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(4).

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-15748-CMG
Trisha Leandra Johnson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Nov 05, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Trisha Leandra Johnson, 1814 W. 7th Street, Piscataway, NJ 08854-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Trisha Leandra Johnson cullari@comcast.net |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 05, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6