Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  24−15748−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trisha Leandra Johnson
   aka Trisha Leandra Connor
   1814 W. 7th Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0965

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/7/26.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 7, 2026
JAN: dmi

                                                                Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15748-CMG |
| Trisha Leandra Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 07, 2026 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trisha Leandra Johnson, 1814 W. 7th Street, Piscataway, NJ 08854-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jan 07 2026 20:55:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291118 | + | Email/Text: bankruptcycare@affinityfcu.com | Jan 07 2026 20:55:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 520302410 | + | Email/Text: rmcdowell@slgcollect.com | Jan 07 2026 20:55:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520291119 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 07 2026 21:09:42 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520300264 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:24 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291120 | + | EDI: BANKAMER | Jan 08 2026 01:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520357395 | | EDI: BANKAMER | Jan 08 2026 01:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520291121 | + | EDI: TSYS2 | Jan 08 2026 01:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520291122 | + | EDI: CAPITALONE.COM | Jan 08 2026 01:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520306264 | + | EDI: AIS.COM | Jan 08 2026 01:47:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291123 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2026 20:55:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520294096 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2026 20:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520291124 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 20:55:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520347128 | | Email/Text: peritus@ebn.phinsolutions.com | Jan 07 2026 20:56:00 | Flowering Peach BK, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520291125 | ^ | MEBN | Jan 07 2026 20:54:34 | Hayt, Hayt & Landau, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520291126 | | EDI: IRS.COM | Jan 08 2026 01:47:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520360079 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:42 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520291127 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:42 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520291128 | | Email/Text: camanagement@mtb.com | Jan 07 2026 20:55:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520353224 | | Email/Text: camanagement@mtb.com | Jan 07 2026 20:55:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520359072 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520291129 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 20:55:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520291131 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 20:55:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520291130 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 20:55:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 520306424 | | Email/Text: inveniobkt@phillips-cohen.com | Jan 07 2026 20:55:00 | PCA Acquisition V, LLC, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington, DE 19801 |
| 520330873 | | EDI: PRA.COM | Jan 08 2026 01:47:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520291132 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2026 20:54:00 | Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520575837 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:42 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520575836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 21:09:23 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520291133 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 07 2026 20:54:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, 3 John Fitch Way, 5th Floor, PO 245, Trenton, NJ 08695-0245 |
| 520291134 | ^ | MEBN | Jan 07 2026 20:53:20 | State of New Jersey, Dept of Labor and Workforce Development, PO box 951, Trenton, NJ 08625-0951 |
| 520360431 | + | EDI: AIS.COM | Jan 08 2026 01:47:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520291135 | + | EDI: SYNC | Jan 08 2026 01:47:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520295890 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 07 2026 21:09:19 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520381148 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 07 2026 21:09:19 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New |

| | | | | |
|---|---|---|---|---|
| | | | | York, NY 10278 |
| 520315565 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 20:55:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520297550 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 07 2026 20:56:00 | Upstart Network, Inc, c/o Peritus Portfolio Svc., II, LLC, POB 1149, Grapevine, TX 76099-1149 |
| 520291136 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 07 2026 20:55:00 | Upstart/wsfs, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Debtor Trisha Leandra Johnson cullari@comcast.net |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Robert L. Saldutti | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7